AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

2001, Silver, Mercedes Benz, 4-Door,
VIN: WDBNG75J11A138653

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER:

I,   Ronald D. Williams   being duly sworn depose and say:

I am a(n)  Special Agent with the Internal Revenue Service   and have reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely  (describe the property to be seized)

   2001, Silver, Mercedes Benz, 4-Door, VIN: WDBNG75J11A138653

which is (state one or more bases for seizure under the United States Code)

   subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981 (a)(1)(C) and 21 U.S.C. § 853(f)

concerning a violation of Title 18  United States Code, Section 1343 (wire fraud); 1956 and 1957 (money laundering),  The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Diane Lucas
Asset Forfeiture Unit, Criminal Division
(202) 514-8097

Signature of Affiant
Ronald D. Williams, Special Agent
Internal Revenue Service

Sworn to before me, and subscribed in my presence

_____   at Washington, D.C.
Date

_____   _____
Name and Title of Judicial Officer   Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF APPLICATION FOR
SEIZURE WARRANT

**Items to be seized**:

2002, Gray, 4-Door BMW 745LI, VIN: WBAGN634X2DR06697
2001, Silver, Mercedes Benz, 4-door, VIN: WDBNG75J11A138653

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR
SEIZURE WARRANT**

**AFFIANT EXPERIENCE**

1. I am a Special Agent of the Internal Revenue Service-Criminal Investigation (IRS-CI) and have been so employed since February 22, 2003. Since becoming employed as a Special Agent, your affiant has been involved with investigations involving violations of the Internal Revenue laws and related offenses. My responsibilities include the investigation of possible criminal violations of the Internal Revenue Laws (Title 26, United States Code) Title 18 and Title 31 United States Codes. Your affiant has received over twenty (20) hours of training in Federal search and seizure procedures as well as participated in the execution of numerous search warrants.

2. Your affiant has a Bachelor of Business Administration in Accounting from the University of the District of Columbia and is a graduate of the Federal Law Enforcement Training Center. Your affiant has received extensive training in conducting criminal and financial investigations. Your affiant's responsibilities include the investigation of possible criminal violations of the Internal Revenue Service laws (Title 26, U.S.C.), the Bank Secrecy Act (Title 31, U.S.C.), the Money Laundering Control Act (Title 18, U.S.C.) and related offenses. These investigations involved analysis and tracing of funds through the American Banking System, tracing and documenting asset acquisitions and

expenditures, and computing taxable incomes of individuals using various methods of proof. The individuals in these investigations had various occupations, including those deriving income from illegal sources. These investigations have involved the promotion of criminal acts as well as concealment of the proceeds through the use of nominees or false identities.

3. I have participated in the investigation of the criminal activity described herein and personally witnessed how the proceeds from the illegal activity were derived and used that resulted in Title 18 United States Code, Section 1956 (a)(1)(A)(I) which is the intent to promote specified unlawful activity and forfeitable pursuant to 18 USC 981 as proceeds of a wire fraud scheme 18 U.S.C. §1343 and property involved in money laundering Title 18 U.S.C. § 1956.

4. I have participated in the investigation of the criminal activity described herein and personally witnessed, along with other Special Agents and Detectives on how the proceeds from the illegal activity was used in the furtherance of violating Title 18 U.S.C. § 1956.

**APPLICATION PURPOSE**

5. This Affidavit is set forth for the purpose of obtaining a seizure warrant pursuant to 18 U.S.C. § 981 and 18 U.S.C. 982 incorporating 28 U.S.C. § 2461(c) for a 2002, Gray, 4-Door BMW 745LI, VIN: WBAGN634X2DR06697 and a 2001, Silver, Mercedes Benz, 4-door, VIN: WDBNG75J11A138653.

6. As set forth below, I have probable cause to believe that proceeds from sales of forged deeds on properties in the District of Columbia and Maryland, were deposited into Bank

of America accounts solely operated by MCKINNEY. After the money was deposited into the bank account, it was withdrawn by MCKINNEY. MCKINNEY then purchased the above-named vehicles using cashier's checks from Bank of America and the balance of funds in the accounts were used in the furtherance of committing other fraudulent real estate transactions.

7. I make this affidavit based on personal knowledge through investigative techniques and, in part, upon information derived from written statements made by witnesses and other law enforcement officers, representatives of financial institutions, and parties (or putative parties) to real estate transactions with MCKINNEY and review of bank records.

### AFFIANT'S KNOWLEDGE AND FACTS TO SUPPORT PROBABLE CAUSE

8. On June 20, 2005, Assistant Commonwealth Attorney, Elliot Casey informed your Affiant that an the APD had seized $159,040 in cash and a 2002 Black 745LI 4-Door BMW on June 10, 2005 during a traffic stop and needed your affiant's assistance in determining it's origin.

9. Your affiant researched several property transactions involving the Brotherhood of Men and DUANE MCKINNEY. It had been determined that many of the persons that purportedly signed the deeds had died and could not have signed the deeds transferring property to Brotherhood of Men and MCKINNEY. Several civil cases were in District of Columbia Superior Court. From the list of deeds several cases had been selected to investigate.

10. Your affiant researched deeds at the District of Columbia Recorders office. Your affiant searched for properties that were either deeded to or deeded from MCKINNEY or the

Brotherhood of Men, Inc. In addition to other properties, your affiant chose the following property transaction histories to trace:

11. I learned that Lots 121, 122, and 123 in Square 2982 was deeded to Emma L. Williamson and Elsie L. York. Lots 129, 130, 131, 132, and 133 in Square 2982 was deeded to Alonzo York.

12. On October 25, 2004, lots 129, 130, 131, 132, and 133 in Square 2982, located behindxxxxxxxxxxxxxxxx Washington, DC was recorded by the DC Recorders Office that showed that Alonzo York had transferred his property to The Brotherhood of Men, Inc. The deed was witnessed by Stanley Johnson and notarized by Joe D. Liles, Sr.

13. On October 29, 2004, lots 121, 122, and 123 in Square 2982, also located behindxxxxxxxxxxxxxxxx Washington, DC was recorded by the DC Recorders Office that showed that Emma L. Williamson and Elsie L. York had transferred their property to The Brotherhood of Men, Inc. The deed was witnessed by someone (signature illegible) and notarized by Joe D. Liles, Sr.

14. On October 16, 2006, lots 121, 122, 123, 129, 130, 131, 132, and 133 in Square 2982, located behindxxxxxxxxxxxxxxxxx Washington, DC were sold to the Shirley Education Initiative by MCKINNEY acting on behalf of the Brotherhood of Men, Inc.

15. Bank of America records show that on October 16, 2006, a $138,501 wire was deposited into the Bank of America account number xxxxxx7537, titled the Brotherhood of Men, Inc. The only deposit made during that statement period was the wire of $138,501. It had further been concluded that the wire was from Aspen Title & Escrow Corporation.

16. On December 12, 2006, Jordan Resnick, President of Aspen Title & Escrow was

17.     questioned concerning the settlement of the aforementioned lots. Mr. Resnick confirmed that he had in fact facilitated the settlement transaction involving MCKINNEY and the Brotherhood of Men. Mr. Resnick stated that his role was to perform a title search and conduct the settlement. Upon performing his due diligence search, he stated he wired $138,501 into a Bank of America account titled, The Brotherhood of Men, Inc in consideration for the property. Resnick provided the settlement file for our review.

17. Your affiant attempted to locate Alonzo York, Elsie L, York, or Emma Williamson to verify the property transactions. Your affiant checked public records of the last known address of Alonzo York, Elsie L. York, or Emma Williamson. I knocked at the door of 6030 8th Street NW Washington, DC 20011, the last known address of Alonzo and Elsie York and no one answered. I asked a neighbor across the street who lived on 8th Street NW and they believed that Elsie L. York had passed several years ago.

18. Your affiant checked social security records to corroborate the neighbor's story. Social security records revealed Elsie L. York had died in Washington, DC on October 22, 1997. A copy of her death certificated was obtained from the District of Columbia Department of Health.

19. On December 9, 2006, your affiant contacted Alma L. McKune, the daughter and informant listed on Elsie L. Yorks death certificate. Alma McKune stated that both her mother and father, Alonzo York had died. She further added that Alonzo York died on May 2, 1999, while on vacation. Your affiant was provided with obituaries and newspaper clippings of the Yorks death announcements.

**DISPOSITION OF FRAUDULENT PROCEEDS**

20. On October 30, 2006, MCKINNEY purchased a vehicle from Best Auto Sales in Arlington, Virginia. Abdul Khair (Khair) told your affiant that MCKINNEY purchased a Black, 2001, 4door, Mercedes Benz. Khair stated that MCKINNEY paid $29,500 for the vehicle by a $20,000 cashiers check from Bank of America and the balance in cash.

21. On December 4, 2006, MCKINNEY returned to Best Auto Sales in Arlington, Virginia and traded in this vehicle and purchased a 2002, Gray, 4-Door BMW 745LI, VIN: WBAGN634X2DR0669. Khair told your affiant that MCKINNEY came in and told him that something was wrong with the engine. Khair accepted the trade, although MCKINNEY had driven 5,000 within a thirty day period which seemed odd to Khari.

22. Khair further added that MCKINNEY chose a 2002, Gray, 4-Door BMW 745LI, VIN: WBAGN634X2DR0669 and was given a $25,000 credit for his trade in value leaving $11,217 balance due on the new vehicle. Khair stated that MCKIINNEY returned approximately 2 weeks later with a Bank of America cashiers check paying off the balance owed. It was determined that a Bank of America cashiers check for $11,000 used in the purchase of the vehicle was purchased by the return of another Bank of America cashiers check payable to MCKINNEY dated October 17, 2006. The October 17, 2006 cashiers check was returned because it was "not used for purposes intended." The funds used to purchase the October 17, 2006 cashiers check were withdrawn from the Brotherhood of Men Bank of America account no. xxxxxx7537.

23. On February 15, 2007, MCKINNEY purchased a 2001, Silver, Mercedes Benz, 4-door, VIN: WDBNG75J11A138653 at LAB Auctions in Lanham, Maryland through Mouhamed Timite, Sawari International Enterprises for $16,700. MR. MCKINNEY

used a Bank of America cashiers check to pay for the vehicle. MCKINNEY purchased a cashiers check on February 14, 2007 for $17,000 by returning two cashier's checks, one dated January 16, 2007 for $5,000 and another dated January 17, 2006 for $10,350.01, indicating that they were "not used for purposes intended." These checks were purchased at Bank of America using funds from Brotherhood of Men bank account no. xxxxxx7537. MCKINNEY also withdrew $1,650 from his Bank of America account no. xxxxxx2008 to make up the balance of the $17,000 cashiers check.

## SEARCH WARRANT

24. On April 20, 2007, a search pursuant to a search warrant issued by Magistrate Judge Robinson was conducted at the residence of Mr. MCKINNEY, located at 1035 10th Street N.E., basement apartment, Washington, D.C.. The basement apartment consisted of four rooms, namely: a kitchen area, bathroom, bedroom and what appeared to be an office. MR. MCKINNEY was the sole occupant of the basement apartment when law enforcement arrived. He appeared to have been awakened by law enforcement. Mail matter and documents addressed to MR. MCKINNEY were recovered from the bedroom, kitchen area and office area. Male clothing was found in the bedroom and the office area.

25. Recovered from the bedroom was $39,750 in cash, which was concealed in an air vent above the bed. Also recovered from the bedroom was $17,200 in cash which was concealed in a black jacket in bedroom closet. Recovered from a pair of pants located in the bedroom and later worn by MR. MCKINNEY was $1,079 cash.

26. A 2002, Gray, 4-Door BMW 745LI, VIN: WBAGN634X2DR06697, was located on the

street in front of xxxxxxxxxxxxxxx, Washington, D.C. A records check revealed that the 2002, Gray 4-Door BMW was registered to Edna McKinney, MR. MCKINNEY'S mother. Records indicate that Edna McKinney lives at 5311 Powhatan Road, Riverdale, Maryland.

27. The undersigned determined that MR. MCKINNEY purchased the 2002, Gray, 4-Door BMW 745LI, VIN: WBAGN634X2DR06697 from Best Auto Sales in Arlington, Virginia on December 4, 2006 for $36,195. A Bank of America cashier's check was used to pay $11,195 of the cost of the vehicle.

28. Located on the street within the same block as MR. MCKINNEY'S residence was a 2001, Silver, Mercedes Benz, 4-door, VIN: WDBNG75J11A138653. A records check revealed that the 2001, Silver 4-Door Mercedes Benz was registered to Edna McKinney, MR. MCKINNEY'S mother. Records indicate that Edna McKinney lives at xxxxxxxxxxxxxxx, Maryland.

## CONCLUSIONS OF AFFIANT

29. Based on my training and facts contained herein, I have probable cause to believe that the vehicle described as a Gray, 2002, BMW, 4Door, 745LI, VIN: WBAGN634X2DR06697 and 2001, Silver, Mercedes Benz, 4-door, VIN: WDBNG75J11A138653 were purchased with proceeds from the Alonzo York, Elsie York, and Emma Williamson settlement of lots 121, 122, 123, 129, 130, 131,132, and 133 in Square 2982 and are involved in or traceable to proceeds of mail and wire fraud, in violation of Title 18 U.S.C. § 1341 and 1343. They are also involved in and traceable to proceeds of money laundering in violation of Title 18 U.S.C. §§ 1956 and 1957. Therefore, they are forfeitable under

Title 18 U.S.C. §§ 981 and 982 incorporating Title 28 U.S.C. §2461(c).

_____
Ronald D. Williams
Special Agent, IRS-CI

Subscribed and sworn before me on this _____ day of April, 2007.

_____

United States Magistrate Judge